**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**INEZ GRIFFIN** **PLAINTIFF**

**V.** **CASE NO. 5:24-CV-5185**

**WAL-MART** **DEFENDANT**

**ORDER**

Having reviewed the parties' most recent filings in this case, the Court finds that Plaintiff Inez Griffin has violated Federal Rule of Civil Procedure 37(d) by failing to attend her own properly noticed deposition on August 17, 2026. *See* Doc. 36. Ms. Griffin failst to offer a valid explanation or excuse for her failure to attend the deposition. *See* Doc. 46.

**IT IS THEREFORE ORDERED** that Walmart's Motion for Sanctions (Doc. 42) is **GRANTED IN PART** to the extent that the following interim sanction is hereby imposed on Ms. Griffin for her admitted violation of Rule 37(d):

Ms. Griffin is **ORDERED** to attend an **in-person** deposition, to be presided over by United States Magistrate Judge Christy Comstock, at the United States Federal Courthouse in Fayetteville, Arkansas, on a date mutually agreeable to Judge Comstock and the parties, but in any event by no later than October 12, 2026.

**IT IS FURTHER ORDERED** that Ms. Griffin provide to chambers by either email (tlbinfo@arwd.uscourts.gov) or mail (35 E. Mountain St., Ste. 559, Fayetteville, AR 72701) a copy of her responses to Wal-Mart's written discovery requests. Her responses must be received by September 28, 2026.

Ms. Griffin is **CAUTIONED** that failing to attend her in-person deposition and/or failing to submit her discovery responses to chambers by the deadline will result in the

immediate dismissal of her lawsuit under Rule 41(b) for failure to prosecute and failure to obey the Orders of the Court.

The Clerk of Court is **DIRECTED** to mail this Order to Ms. Griffin via certified mail, return-receipt requested, and another copy by regular mail.

**IT IS SO ORDERED** on this 21st day of September, 2026.

TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE